UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ANTUAN SPIVEY, )<br>)<br>          Plaintiff, )<br>)<br> v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>          Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:20-CV-80-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff failed to comply with this court's order of April 22, 2021 [D.E. 5]. In light of plaintiffs' failure to comply, the action is DISMISSED without prejudice.

**This Judgment Filed and Entered on June 7, 2021, and Copies To:**
Antuan Spivey                                                    (Sent to 107 Railroad St. Kelford, NC 27847 via US Mail)

DATE:                                PETER A. MOORE, JR., CLERK
June 7, 2021                 (By) /s/ Nicole Sellers
                                       Deputy Clerk